FILED IN CLERK'S OFFICE
U.S.D.C. - Gainesville

SEP - 9 2015

JAMES N. HATTEN, Clerk
By: D. Wilf̃ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| GEORGE BECK III, Individually and on behalf of others similarly situated, ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | CIVIL ACTION FILE NO. 2:15-cv-0095-WCO |
| BURNETT WELDING, INC. and SCOTT BURNETTE, ) ) ) ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Parties' Joint Motion for Approval of Settlement Agreement. Upon review of the proposed Settlement Agreement and Mutual General Releases, the Court finds that the settlement is a fair and reasonable resolution of the disputes. Therefore it is **ORDERED, HELD, and ADJUDGED** that:

1. The Parties' Joint Motion for Approval of Settlement Agreement is **GRANTED**.

2. The Parties' Settlement Agreement and Mutual General Releases is **APPROVED**.

3. The instant case is **DISMISSED WITH PREJUDICE** and upon entry of this Order, the Clerk of Court is directed to close this case.

4.  This Court retains jurisdiction to enforce the terms of the Settlement Agreement and Mutual General Releases upon motion of either party.

**IT IS SO ORDERED**, this the ___9th___ day of ___September___ 2015.

_____
Honorable William C. O'Kelley
Senior United States District Judge